Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

West palm beach Division

| | |
|---|---|
| Angel Ortiz <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> City of West palm beach <br> Christopher Rekdahl <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> FILED BY ____ D.C. <br> JAN 15 2026 <br> ANGELA E. NOBLE <br> CLERK U.S. DIST. CT. <br> S.D. OF FLA. – W.P.B. |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Angel Ortiz
Address: 800 Ridgewood dr
City: W.P.B  State: FL  Zip Code: 33405
County: Palm beach
Telephone Number: (754) 302-4122
E-Mail Address: Gymtime6416@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: City of West palm beach
Job or Title (if known):
Address: 401 Clematis St
City: W.P.B  State: Fl  Zip Code: 33401
County: Palm beach
Telephone Number: (561) 822-1200
E-Mail Address (if known): ds@wpb.org
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Christopher Rekdahl
Job or Title (if known): Former officer
Address: 401 Clematis St
City: W.P.B  State: Fl  Zip Code: 33401
County: Palm beach
Telephone Number: (561) 822-1200
E-Mail Address (if known):
[X] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  _____
  City        State        Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  _____
  City        State        Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/15/2026

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Angel Ortiz

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: Angel Ortiz
Bar Number: _____
Name of Law Firm: _____
Address: 800 Ridgewood D.
         WPB              FL      33405
         City            State    Zip Code

Telephone Number: _____
E-mail Address: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

ANGEL ORTIZ,
Plaintiff,

v.

CITY OF WEST PALM BEACH,
a Florida municipal corporation;

CHRISTOPHER REKDAHL,
Former West Palm Beach Police Officer,
in his individual capacity,

Defendants.

COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS

(42 U.S.C. § 1983)

JURY TRIAL DEMANDED

---

I. INTRODUCTION
   1.   This is a civil rights action arising from an unlawful detention, illegal search, false arrest, retaliation, intimidation, and abuse of authority committed by Defendant Christopher Rekdahl, a former officer of the West Palm Beach Police Department ("WPBPD"), and caused by the policies, customs, and deliberate indifference of Defendant City of West Palm Beach.
   2.   Plaintiff Angel Ortiz was handcuffed without probable cause, detained for approximately forty-five (45) minutes, subjected to a warrantless vehicle search, threatened with DCF intervention and arrest of his child's mother, and later retaliated against for filing a police misconduct complaint.
   3.   Plaintiff was released without citation, warning, arrest, or charge, confirming the absence of lawful justification.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. § 1983.
5. Venue is proper under 28 U.S.C. § 1391(b) because all events occurred in West Palm Beach, Florida, within this District.

---

## III. PARTIES

6. Plaintiff ANGEL ORTIZ is a resident of Palm Beach County, Florida.
7. Defendant CHRISTOPHER REKDAHL was, at all relevant times, a sworn WPBPD officer acting under color of state law. He is sued in his individual capacity.
8. Defendant CITY OF WEST PALM BEACH is a Florida municipal corporation responsible for WPBPD policies, training, supervision, and discipline.

---

## IV. FACTUAL ALLEGATIONS

A. Initial Encounter – July 10, 2022

9. On July 10, 2022, at approximately 10:00 a.m., Plaintiff was lawfully driving to pick up his son for a basketball tournament.
10. Plaintiff parked his vehicle, exited, and was walking toward a private residence when he heard yelling behind him.
11. Defendant Rekdahl aggressively approached Plaintiff, without activating emergency lights, without issuing commands, and without conducting a traffic stop.
12. Without reasonable suspicion or probable cause, Defendant Rekdahl grabbed Plaintiff, handcuffed him, and stated "you're going to jail."
13. When Plaintiff asked why, Defendant Rekdahl claimed—after the fact—that Plaintiff's window tint was illegal, despite:

- No traffic stop occurring
- No tint meter being used
- No citation or warning ever being issued

B. Illegal Search and Prolonged Detention

14. Defendant Rekdahl forcibly pushed Plaintiff against a patrol vehicle.
15. Defendant Rekdahl unlocked and searched Plaintiff's vehicle without consent, warrant, or exigent circumstances.
16. Plaintiff repeatedly asserted his constitutional rights and requested a supervisor.
17. Plaintiff was detained in handcuffs for approximately forty-five (45) minutes.
18. Upon arrival, a supervisor ordered Plaintiff's immediate release.
19. Plaintiff was released without any arrest, or charge, nothing found in his vehicle

C. Threats and Intimidation

20. During the encounter, Defendant Rekdahl threatened Plaintiff and his child's mother, stating he would:

- Call DCF
- Take Plaintiff's children away
- Arrest "everyone" present

21. These threats were made without legal basis and solely to intimidate Plaintiff.

D. Retaliation After Complaint

22. The following day, Plaintiff filed a formal complaint against Defendant Rekdahl.
23. Shortly thereafter, Defendant Rekdahl followed Plaintiff to a shopping plaza.
24. Defendant Rekdahl yelled Plaintiff's name, approached aggressively, and stated:

"Oh, you took the bitch way out."

25. Defendant Rekdahl mocked Plaintiff for filing the complaint and attempted to intimidate him in the presence of other officers.
26. Plaintiff immediately contacted WPBPD supervision to report retaliation and harassment.

E. Subsequent Confirmation of Misconduct

27. Defendant Rekdahl was later criminally charged and terminated from WPBPD for official misconduct, confirming his abuse of authority and disregard for constitutional rights.

V. COUNTS

COUNT I

Fourth Amendment – Unlawful Seizure & False Arrest
(Against Rekdahl)

28. Plaintiff realleges paragraphs 1–27.
29. Defendant Rekdahl detained and handcuffed Plaintiff without reasonable suspicion or probable cause.
30. Plaintiff's Fourth Amendment rights were violated.

---

## COUNT II

Fourth Amendment – Illegal Search
(Against Rekdahl)

31. Defendant Rekdahl conducted a warrantless vehicle search without consent or exigency.
32. The search was unconstitutional.

---

## COUNT III

First Amendment – Retaliation
(Against Rekdahl)

33. Plaintiff engaged in protected activity by asserting rights and filing a complaint.
34. Defendant Rekdahl retaliated through harassment and intimidation.

---

## COUNT IV

Municipal Liability (Monell)
(Against City of West Palm Beach)

35. The City maintained policies, customs, and practices permitting:

- Pretextual detentions
- Illegal searches
- Retaliation for complaints
- Threats involving DCF

36. The City failed to train, supervise, and discipline officers despite obvious risks.
37. The City ratified Rekdahl's conduct by failing to discipline him and allowing retaliation.
38. These failures were the moving force behind Plaintiff's injuries.

---

## VI. DAMAGES

39. Plaintiff seeks $180,000, broken down as follows:

- $60,000 – Loss of liberty, unlawful detention, handcuffing
- $50,000 – Emotional distress, fear for child custody, humiliation
- $40,000 – Retaliation, intimidation, threats involving DCF
- $30,000 – Constitutional violations, deterrence, and non-economic harm

40. Plaintiff also seeks punitive damages against Defendant Rekdahl individually.

## VII. JURY DEMAND

41. Plaintiff demands a trial by jury on all issues.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

a. Compensatory damages of $180,000
b. Punitive damages against Defendant Rekdahl
c. Declaratory relief
d. Costs and allowable relief
e. Any further relief the Court deems just

Respectfully submitted,

ANGEL ORTIZ
Plaintiff, Pro Se
800 ridgewood dr wpb fl 33405
754-302-4122
Gymtime646@gmail.com

22-1015




# WEST PALM BEACH
# POLICE DEPARTMENT

## CITIZEN COMPLAINT AND INQUIRY FORM

Name of Complainant: Anuel Ortiz + Kuraida Villafane
Race: W   Sex: M   Date of Birth: 6/24/86    11/24/87
Contact Information: Address: 2800 Georgia Ave #D27
City: WPB   State: FL   Zipcode: 33401
Contact Number(s): 561-484-   Cell: 561-631-2884
Date of Incident: 7/10/22   Time: 1021 / 4152   Case Number: 22000122439
Location of Incident: 2800 Georgia Ave
Name of Involved Employee(s) and ID#: Sgt Clark, Ofc C Retzlaff, Ofc R Lopez

### Summary of Incident:

Traffic Stop - Illegal Detention
Illegal Search

Complainant's Signature: X _____ Kyraidi Villa___   Date: 7/10/22
Supervisor Receiving Complaint: Lt Matt McGuire (Print Name)   ID#: 863
Supervisor's Signature: _____   Date: 7/10/22

### Supervisor Comments:

☐ Court Issue
☐ Resolved with Citizen and/or No Further Action Deemed Necessary (Memo Attached)
☑ Formal Complaint
☐ Statement of Complaint hand delivered
☐ Statement of Complaint mailed off

Additional Comments: Members involved - Ofc Retzlaff, Ofc Lopez and Sgt Lally (not Sgt Clark)

---

**Internal Affairs Use:**
Date Receive: 7-10-22   Assigned Investigator: Lt. McGuire   CCIF#: 22-026
Disposition: UNFOUNDED

WHITE – INTERNAL AFFAIRS    YELLOW – COMPLAINANT    PINK – SUPERVISOR

FORM#550-J